UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AKHEEM D. WILLIAMS,

    Plaintiff,

v.

PATRICK JURDON, et al.,

    Defendants.

CASE No. 1:17-cv-00860-LJO-MJS (PC)

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**

**(ECF NO. 2)**

    Plaintiff is proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On June 28, 2017, Plaintiff filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. section 1915. (ECF No. 2.) The motion indicates that Plaintiff is unable to afford the fees for this litigation and that he is entitled to proceed without prepayment of fees.

    Based on the foregoing, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   July 17, 2017             /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE